IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANN HULFORD, | No. C 05-2086-SBA |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On May 20, 2005 Plaintiff filed a complaint against Defendant United States, but a summons was not issued until July 18, 2005. Defendant was ultimately served with the summons and complaint on July 21, 2005, and subsequently filed its answer on September 19, 2005. The Case Management Conference in this matter is currently scheduled to take place on September 22, 2005 at 3:30 p.m. Given that Defendant filed its answer only very recently, the Court finds the parties would benefit from having additional time in which to meet and confer regarding this case prior to the Case Management Conference.

IT IS HEREBY ORDERED THAT the Case Management Conference is continued from September 22, 2005 to **October 20, 2005 at 3:15 p.m.**

IT IS SO ORDERED.

Dated: 9-21-05

SAUNDRA BROWN ARMSTRONG
United States District Judge