1  JOHN S. SIMONSON (CSBN 58311)
   ROPERS, MAJESKI, KOHN & BENTLEY
2      80 North First Street
       San Jose, CA 95113
3      Telephone: (408) 287-6262
       Fax: (408) 918-4501
4  Attorneys for Plaintiff

5
   KEVIN V. RYAN (CSBN 118321)
6  United States Attorney
   JOANN M. SWANSON (CSBN 88143)
7  Chief, Civil Division
   JULIE A. ARBUCKLE (CSBN 193425)
8  Assistant United States Attorney
       450 Golden Gate Avenue, Box 36055
9      San Francisco, California 94102-3495
       Telephone: (415) 436-7102
10     Fax: (415) 436-6748

11 Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBIN ANN HULFORD, | Case No. 05-2086 SBA |
| Plaintiff, | STIPULATION AND ORDER RE: INDEPENDENT MENTAL EXAM AND EXPERT DISCLOSURE DEADLINE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff Robin Ann Hulford ("Plaintiff") and Defendant the United States of America (the "United States") hereby agree and stipulate as follows:

STIPULATION RE: INDEPENDENT MENTAL EXAMINATION

WHEREAS the mental condition of Plaintiff is in controversy given her allegations that the United States caused her continuing emotional distress, and substantial emotional distress damages;

Plaintiff and the United States HEREBY STIPULATE AND AGREE that on a mutually agreeable date no later than September 15, 2006, Plaintiff shall attend, participate, and fully cooperate in a mental examination at the offices of Fred Rosenthal, Ph.D., M.D. in San Francisco, California. The examination shall be structured as follows: (1) Dr. Rosenthal will have up to 4 hours, not including

breaks, to administer the written tests that he believes will enable a complete and accurate mental examination of Plaintiff, and a complete and accurate assessment of Plaintiff's emotional, personality, motivational, and cognitive functioning; and (2) Dr. Rosenthal will have up to 3 hours, not including breaks, to conduct a psychiatric interview of Plaintiff that will at least include a formal mental status examination, the history of Plaintiff's claims against the United States, and her developmental, occupational, marital / relationship, and medical histories.

### STIPULATION RE: EXPERT DISCLOSURE DEADLINES

WHEREAS the deadline for disclosing expert witnesses in this case is currently September 1, 2006, and the deadline for disclosing rebuttal experts is currently October 2, 2006;

WHEREAS there are several issues involved in this case for which expert examinations, reports, and testimony may be required; and

WHEREAS the United States' anticipated experts cannot complete their reports until they obtain additional documents and information the United States has requested in discovery from Plaintiff and third parties; and

WHEREAS the United States' anticipated experts concerning Plaintiffs alleged physical and emotional injuries cannot complete their reports until they each examine Plaintiff, which examinations are scheduled for August 17, September 6, and a date before September 15, 2006;

Plaintiff and the United States HEREBY STIPULATE AND AGREE that the deadline for disclosing expert witnesses shall be extended to October 2, 2006, and the deadline for disclosing rebuttal experts shall be extended to October 16, 2006.

Respectfully submitted,

| ROPERS, MAJESKI, KOHN & BENTLEY | KEVIN V. RYAN |
| --- | --- |
|  | United States Attorney |
| _____/s/_____ | _____/s/_____ |
| John S. Simonson | Julie A. Arbuckle |
| Attorneys for Plaintiff | Assistant United States Attorney |
| Dated: 8/15/06 | Dated: 8/16/06 |

IT IS SO ORDERED.

Dated:_8/21/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge